## A07A0017. BECK v. THE STATE.
(668 SE2d 479)

SMITH, Presiding Judge.

In *Beck v. State*, 283 Ga. 352 (658 SE2d 577) (2008), the Supreme Court reversed the judgment of this court in *Beck v. State*, 286 Ga. App. 553 (650 SE2d 728) (2007). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed in part and reversed in part. Barnes, C. J., and Miller, J., concur.*

DECIDED OCTOBER 7, 2008.

*Steven M. Harrison*, for appellant.
*Timothy G. Vaughn, District Attorney*, for appellee.